# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-3361
_____

RONARD STEPHEN SOFTLEIGH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

September 29, 2020

PER CURIAM.

AFFIRMED.

B.L. THOMAS, MAKAR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, Tallahassee; Terry P. Roberts of the Law Office of Terry P. Roberts, Tallahassee; Candice Kaye Brower, Regional Conflict Counsel, Office of Regional Conflict Counsel, Tallahassee; and Randall Harvey Richardson, Assistant Regional Conflict Counsel, Office of Regional Conflict Counsel, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.